UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-519-FDW
(3:04-cr-296-RJC-CH-1)

| BILLY DEE WILLIAMS, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

This matter is before the Court on an unopposed motion of Petitioner, (Doc. No. 9), to hold his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241[1] in abeyance pending resolution of the certiorari petition in Surratt v. United States, No. 17-5255. The Respondent has consented to the motion to stay.

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 9), is **GRANTED**. The parties shall have 30 days after the Supreme Court issues Surratt in which to move to re-open this case and file supplemental briefing.

Signed: August 13, 2017

Frank D. Whitney
Chief United States District Judge

---

[1] Petitioner alternatively seeks a writ of *coram nobis* or *audita querela* pursuant to 28 U.S.C. § 1651.